✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Western _____ District of _____ Texas

Gary Kirby, Ralph Merriweather and
Rosie Hopkins

V.

CPS Energy and Ken Lamour

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

S A08CA0621 **XR**

TO: (Name and address of Defendant)

CPS Energy, through its Executive Director, Milton Lee
145 Navarro
San Antonio, Texas  78205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ricardo Alberto Garcia
David Van Os
David Van Os & Associates, P.C.
115 E. Travis Street, Suite 618
San Antonio, Texas  78205

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

JUL **3 0** 2008

William G. Putnicki

CLERK

(By) DEPUTY CLERK

DATE

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7·30·08 | |
| NAME OF SERVER *(PRINT)* CHRISTOPHER BROGLEY | TITLE | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served: CPS Headquarters, 145 Navarro St
Francis Talamantez                                                              St, TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7·30·08___          _____
                    Date                    Signature of Server

_____
Address of Server

Sworn and subscribed to before
me by Christopher Brogley on this
30th day of July, 2008, to certify
which witness my hand and seal
of office.                          Mirta Rubalcava
                                    Mirta Rubalcava
                                    Notary in and for the State
                                    of Texas

MIRTA RUBALCAVA
Notary Public
State of Texas
My Commission Expires
January 28, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.